| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |
|---|---|

### CIVIL MINUTES -- GENERAL

| Case No. **CV 22-1847-JFW(JC)** | Date: January 27, 2023 |
|---|---|

Title:   Andrew Charles Gallegos -v- B. Faylor, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

  On October 17, 2022, Plaintiff Andrew Charles Gallegos ("Plaintiff") filed a Complaint. That same day, the Court sent Plaintiff a Notice (Docket No. 2), informing him that he had failed to pay the $402 filing fee when he filed his Complaint and that he needed to either pay the filing fee or submit a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (Form CV-60P) if he was unable to pay the entire filing fee. In the Notice, Plaintiff was specifically warned that "[i]f you do not respond within THIRTY DAYS from the date of this letter, your case may be dismissed." Plaintiff failed to timely submit, and still has not submitted, either the $402 filing fee, a Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (Form CV-60P), or any other response to the Court's Notice. Accordingly, this action is **DISMISSED without prejudice**.

  IT IS SO ORDERED.